**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT BAYARD BAILEY, | Case No. 2:26-cv-00035-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 12, 13, 14] |
| FRANK BISIGNANO, | |
| Defendant. | |

Pending before the Court is Plaintiff's motion for reversal or remand. Docket No. 12. Also pending before the Court is Defendant's unopposed motion for an extension of time to respond to Plaintiff's motion, Docket No. 13, and the parties' stipulation to remand to the Social Security Administration, Docket No. 14.

For good cause shown, the Court **GRANTS** the stipulation to remand and **ORDERS** that this case be remanded for further administrative proceedings. Docket No. 14. The Court further **DENIES** Plaintiff's motion for reversal or remand. Docket No. 12. The Court further **DENIES** Defendant's unopposed motion for an extension of time as moot, Docket No. 13. The Court **INSTRUCTS** the Clerk's Office to close this case.

IT IS SO ORDERED.

Dated: May 11, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1